HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANDREW WONG, Bar #308269
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DRINA GABELICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 5:17-po-114-JLT |
|---|---|
| Plaintiff, | ) REQUEST FOR RULE 43 WAIVER OF |
| | ) APPEARANCE AT NON-SUBSTANTIVE |
| vs. | ) PROCEEDINGS; [PROPOSED] ORDER |
| DRINA GABELICA, | ) |
| Defendant. | ) |

Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Drina Gabelica, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court permit her to waive his right to personally appear at the December 5, 2017 status conference hearing. Ms. Gabelica agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if she were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times.

///

///

///

///

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 27, 2017

/s/ Andrew Wong
ANDREW WONG
Assistant Federal Defender
Attorney for Defendant
DRINA GABELICA

# **O R D E R**

Defendant's request for a waiver of appearance is granted. Defendant's appearance at the December 5, 2017 status conference hearing is waived.

IT IS SO ORDERED.

Dated: **November 27, 2017**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

Gabelica: Request for Rule 43 Waiver of Appearance

2