PHILLIP A. TALBERT
United States Attorney
DARIN ROCK
Special Assistant U.S. Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 5:17-PO-00114-JTL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| DRINA GABELICA., | ) | SETTING FORTH BRIEFING SCHEDULE |
| | ) | REGARDING DEFENDANT'S MOTION TO |
| Defendant. | ) | SUPPRESS [DE 12] |
| | ) | |
| | ) | |
| | ) | |

## **BACKGROUND**

On November 20, 2017, defendant filed a Motion to Suppress (DE 12). Local Rules 430.1(d) and (e) sets forth a general limit of seven days for any party to file a response in opposition to such motions, and three days for the moving party to file a reply. However, the parties in this case require additional time to brief and file such pleadings.

THEREFORE, defendant Drina Gabelica, by and through her counsel Andrew Wong, and plaintiff the United States of America, by and through its counsel, Special Assistant United States Attorney Darin Rock, hereby stipulate and agree to the following briefing schedule and request that the Court enter an order reflecting that schedule:

1. Any opposition by the United States must be filed on or before December 11, 2017.

2. Any reply by the defendant must be filed on or before December 22, 2017.

3. The Motion Hearing be continued until 10 a.m., January 9, 2018.

1

DATED: November 27, 2017

            By: /s/ Andrew Wong
               ANDREW WONG
               Attorney for Defendant
               Drina Gabelica

DATED: November 27, 2017      PHILLIP A. TALBERT
               United States Attorney

            By: /s/ Darin Rock
               DARIN ROCK
               Special Assistant U.S. Attorney

IT IS SO ORDERED.

 Dated: **November 27, 2017**     **/s/ Jennifer L. Thurston**
                   UNITED STATES MAGISTRATE JUDGE