1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ANDREW WONG, CA Bar #308269
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   DRINA GABELICA

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11  UNITED STATES OF AMERICA,          )  Case No. 5:17-po-00114 JLT
                                       )
12                    Plaintiff,       )  **MOTION TO WITHDRAW DEFENDANT'S**
                                       )  **MOTION TO SUPPRESS EVIDENCE AND**
13  vs.                                )  **VACATE MOTION HEARING OF**
                                       )  **JANUARY 9, 2018, AT 9:00 A.M. ;**
14  DRINA GABELICA,                    )  **[PROPOSED] ORDER THEREON**
                                       )
15                    Defendant.       )
                                       )
16                                     )
                                       )  Judge: Hon. Jennifer L. Thurston
17  ─────────────────────────────────

18  **TO:    PHILLIP A. TALBERT, UNITED STATES ATTORNEY, AND**
           **DARIN ROCK, ASSISTANT UNITED STATES ATTORNEY,**
19         **COUNSEL FOR PLAINTIFF:**

20          Defendant DRINA GABELICA, through his counsel of record, Andrew Wong, Assistant

21  Federal Defender, hereby requests of this court to withdraw the Motion to Suppress

22  Evidence filed on November 20, 2017, and to vacate the motion hearing currently set for January

23  9, 2018, at 9:00 a.m.

24          The parties have reached a resolution. The Government does not oppose either request.

25  / / /

26  / / /

27  / / /

28  / / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 5, 2018                    /s/  Andrew Wong
                                         ANDREW WONG
                                         Assistant Federal Defender
                                         Counsel for Defendant
                                         DRINA GABELICA

### O R D E R

**IT IS HEREBY ORDERED** that the Motion to Suppress Evidence filed November 20,

2017 is withdrawn and the January 9, 2018 motion hearing is vacated.

DATED:     1/8/18

HON. JENNIFER L. THURSTON
United States Magistrate Judge