# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DRINA GABELICA,<br><br>　　　　　Defendant. | Case No.: 5:17-po-00114 JLT<br><br>ORDER ON PLEA AGREEMENT<br>(Doc. 24) |

　　1.　　The Court accepts the plea agreement with the modifications set forth below and finds a sufficient factual basis for the guilty plea;

　　2.　　The Court finds the defendant is guilty of violating 36 CFR § 2.1(a)(1)(iii) as alleged in citation 6459360;

　　3.　　Citation 6459359 is **DISMISSED**;

　　4.　　The Court sentences the defendant as follows:

　　　　a.　　The defendant is placed in 1 year of unsupervised probation. During this period, she **SHALL** not commit any violations of the law (though infractions will not be considered to be a violation of the terms of her probation);

　　　　b.　　The defendant **SHALL** pay a $1,000 fine and a $10 special assessment by **February 5, 2019**;

　　　　c.　　The defendant **SHALL** complete 80 hours of community service and provide

proof of completion by **February 5, 2019**;

     5.    The Court sets a further status conference on **February 5, 2019.** The defendant is **ORDERED** to appear unless she has completed her obligations of the plea agreement and has filed proof with the Court.

IT IS SO ORDERED.

    Dated:   **March 16, 2018**                **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE