| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN 122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN 314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | DRINA GABELICA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:17-po-00114-JLT |
|---|---|
| Plaintiff, | **MOTION TO VACATE FEBRUARY 5, 2019 REVIEW HEARING; [PROPOSED] ORDER** |
| vs. | |
| DRINA GABELICA, | |
| Defendant. | |

Defendant Drina Gabelica hereby requests that the Court vacate the February 5, 2019 review hearing. The Government is in agreement with the request.

On March 16, 2018, the Court adopted the terms of the plea agreement and ordered Ms. Gabelica to complete 12 months of unsupervised probation with the conditions that she obey all laws and report all law enforcement contact within 7 days. Additionally, the Court ordered Ms. Gabelica to pay a fine of $1,010.00 and complete 80 hours of community service.

Ms. Gabelica has not had any new law violations, has paid her fine in full, and completed 80 hours of community service.

The parties agree that Ms. Gabelica is in compliance with the terms of her probation. Accordingly, the parties request that the Court vacate the February 5, 2019 review hearing.

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 30, 2019

*/s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
DRINA GABELICA

## **O R D E R**

Pursuant to the parties' request, the Court vacates the February 5, 2019 review hearing for Case No. 5:17-po-00114 JLT.

IT IS SO ORDERED.

Dated:  **January 31, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE